JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government
Plaintiff
- ❏ 2  U.S. Government
Defendant
- ❏ 3  Federal Question
*(U.S. Government Not a Party)*
- ❏ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>❏ 153 Recovery of Overpayment of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>❏ 190 Other Contract<br>❏ 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product Liability<br>❏ 320 Assault, Libel & Slander<br>❏ 330 Federal Employers' Liability<br>❏ 340 Marine<br>❏ 345 Marine Product Liability<br>❏ 350 Motor Vehicle<br>❏ 355 Motor Vehicle Product Liability<br>❏ 360 Other Personal Injury<br>❏ 362 Personal Injury - Med. Malpractice | **PERSONAL INJURY**<br>❏ 365 Personal Injury - Product Liability<br>❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>❏ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal Property Damage<br>❏ 385 Property Damage Product Liability | ❏ 625 Drug Related Seizure of Property 21 USC 881<br>❏ 690 Other | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 840 Trademark<br><br>**SOCIAL SECURITY**<br>❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g)) | ❏ 375 False Claims Act<br>❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>❏ 470 Racketeer Influenced and Corrupt Organizations<br>❏ 480 Consumer Credit<br>❏ 490 Cable/Sat TV<br>❏ 850 Securities/Commodities/ Exchange<br>❏ 890 Other Statutory Actions<br>❏ 891 Agricultural Acts<br>❏ 893 Environmental Matters<br>❏ 895 Freedom of Information Act<br>❏ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | ❏ 440 Other Civil Rights<br>❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/ Accommodations<br>❏ 445 Amer. w/Disabilities - Employment<br>❏ 446 Amer. w/Disabilities - Other<br>❏ 448 Education | ❏ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>❏ 530 General<br>❏ 535 Death Penalty<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition<br>❏ 560 Civil Detainee - Conditions of Confinement | ❏ 710 Fair Labor Standards Act<br>❏ 720 Labor/Mgmt. Relations<br>❏ 740 Railway Labor Act<br>❏ 751 Family and Medical Leave Act<br>❏ 790 Other Labor Litigation<br>❏ 791 Empl. Ret. Inc. Security Act<br><br>**IMMIGRATION**<br>❏ 462 Naturalization Application<br>❏ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)<br>❏ 465 Other Immigration Actions | ❏ 870 Taxes (U.S. Plaintiff or Defendant)<br>❏ 871 IRS—Third Party 26 USC 7609 | ❏ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1  Original Proceeding
- ❏ 2  Removed from State Court
- ❏ 3  Remanded from Appellate Court
- ❏ 4  Reinstated or Reopened
- ❏ 5  Transferred from another district *(specify)*
- ❏ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
_____

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❏ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____      DOCKET NUMBER _____

DATE _____      SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.**      **(a) Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence.  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys.  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**      **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.

United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question.  (3) This refers to  suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United  States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

**III.**      **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**      **Nature of Suit.**  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

**V.**      **Origin**.  Place an "X" in one of the seven boxes.

Original Proceedings.  (1) Cases which originate in the United States district courts.

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.

Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.

Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment.  (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**      **Cause of Action**.  Report the civil statute directly related to the cause of action and give a brief description of the cause **Do not cite jurisdictional statutes unless diversity**.           Example:          U.S. Civil Statute: 47 USC 553
                                                                        Brief Description: Unauthorized reception of cable service

**VII.**      **Requested in Complaint**.  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**      **Related Cases**.  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**.  Date and sign the civil cover sheet.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**NEW CENTURY BANK,**

       **Plaintiff,**

    **v.**

**FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER OF
PUBLIC SAVINGS BANK and JACK
MILLER, Individually,**

       **Defendant.**

**CIVIL ACTION**

**No.**

**(Removed from the Court of
Common Pleas of Montgomery
County, Case No.: 11-05472)**

## CASE MANAGEMENT TRACK DESIGNATION FORM

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

| | | | |
|---|---|---|---|
| (a) | Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. | | ( ) |
| (b) | Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. | | ( ) |
| (c) | Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. | | ( ) |
| (d) | Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. | | ( ) |
| (e) | Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) | | ( ) |
| (f) | Standard Management – Cases that do not fall into any one of the other tracks. | | (X) |

| | | |
|---|---|---|
| <u>July 13, 2012</u> | <u>Mary Kay Brown, Esq.</u> | <u>Federal Deposit Insurance Company as Receiver for Public Savings Bank</u> |
| Date | Attorney | Attorney For |
| | | |
| <u>(267) 861-5330</u> | <u>(267) 350-9050</u> | <u>mkbrown@bsnlawyers.com</u> |
| Tel | Fax | Email Address |

# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: 99 Bridge Street, Phoenixville, Pennsylvania  19460
Address of Defendant: 1601 Bryan Street, Dallas, TX 75201
Place of Accident, Incident or Transaction: Pennsylvania

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)) Yes ☐ No ☒

Does this case involve multidistrict litigation possibilities? Yes ☐ No ☒

*RELATED CASE, IF ANY*:

Case Number: Judge Date Terminated:
Civil cases are deemed related when yes is answered to any of the following questions:
1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes ☐ No ☒
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes ☐ No ☒
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court? Yes ☐ No ☒
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes ☐ No ☒

CIVIL: (Place X **in** ONE CATEGORY ONLY)

| A. *Federal Question Cases*: | | B. *Diversity Jurisdiction Cases*: | |
|---|---|---|---|
| 1. | ☐ Indemnity Contract, Marine Contract, and All Other Contracts | 1. | ☐ Insurance Contract and Other Contracts |
| 2. | ☐ FELA | 2. | ☐ Airplane Personal Injury |
| 3. | ☐ Jones Act-Personal Injury | 3. | ☐ Assault, Defamation |
| 4. | ☐ Antitrust | 4. | ☐ Marine Personal Injury |
| 5. | ☐ Patent | 5. | ☐ Motor Vehicle Personal Injury |
| 6. | ☐ Labor-Management Relations | 6. | ☐ Other Personal Injury (Please specify) |
| 7. | ☐ Civil Rights | 7 | ☐ Products Liability |
| 8. | ☐ Habeas Corpus | 8. | ☐ Products Liability — Asbestos |
| 9. | ☐ Securities Act(s) Cases | 9. | ☐ All other Diversity Cases |
| 10. | ☐ Social Security Review Cases | | (Please specify) |
| 11. | ☒ All other Federal Question Cases | | |

(Please specify)  Removal of state court fraud and breach of warranty action against FDIC deemed to arise under laws of U.S. pursuant to 12 U.S.C. § 1819(b)(2)(A)

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, , counsel of record do hereby certify:
☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE:  July 13, 2012   Mary Kay Brown, Esquire                54327
　　　　　　　　　　　Attorney-at-Law                        Attorney I.D.#
　　　**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.**

DATE:  July 13, 2012   Mary Kay Brown, Esquire                54327
　　　　　　　　　　　Attorney-at-Law                        Attorney I.D.#

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NEW CENTURY BANK,** | |
| **Plaintiff,** | **CIVIL ACTION** |
| **v.** | **No.** |
| **FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF PUBLIC SAVINGS BANK and JACK MILLER, Individually,** | **(Removed from the Court of Common Pleas of Montgomery County, Case No.: 11-05472)** |
| **Defendant.** | |

## NOTICE OF REMOVAL

Pursuant to 12 U.S.C. § 1819(b)(2)(B) and 28 U.S.C. § 1441, the Federal Deposit Insurance Corporation ("FDIC") as Receiver of Public Savings Bank ("FDIC-Receiver"), by and through its counsel Brown Stone Nimeroff LLC, hereby removes the above-captioned state court action, currently pending in the Court of Common Pleas of Montgomery County, Pennsylvania, Case No. 11-05472, to the United States District Court for the Eastern District of Pennsylvania. In support of removal, the FDIC-Receiver states as follows:

## BACKGROUND

1.      Plaintiff New Century Bank filed an action, Case No. 11-05742, in the Court of Common Pleas of Montgomery County on or about March 16, 2011(the "state court action"), seeking money damages against Defendants Public Savings Bank and Jack Miller, individually, for compensatory damages for unpaid principal outstanding and lost interest income, punitive damages, and costs of litigation arising out of the purchase and assignment of equipment lease financing, on fraud and breach of warranty theories. A true and correct copy of the Complaint is attached hereto as Exhibit A.

2.      On August 18, 2011, the Department of Banking of the Commonwealth of

Pennsylvania (the "Department") closed Public Savings Bank and appointed the FDIC as its

Receiver. A true and correct copy of the Department's Order appointing the FDIC as Receiver of

Public Savings Bank is attached hereto as Exhibit B.

3.      Upon its appointment, the FDIC-Receiver succeeded by operation of law to "all

rights, titles, powers and privileges of" Public Savings Bank, including resolution of outstanding

claims against the institution in receivership.  12 U.S.C. §§ 1821(d)(2)(A)(i); 1821(d)(3).

4.      On or about July 10, 2012, the FDIC-Receiver filed a Praecipe and Statement of

Material Facts in Support of Voluntary Substitution pursuant to Pa.R.C.P. 2352 (the "Rule 2352

Statement"), which substituted the FDIC-Receiver as the real party in interest in the state court

action.  A true and correct copy of the Rule 2352 Statement, dated July 10, 2012, is attached

hereto as Exhibit C.

## BASIS FOR REMOVAL

5.      The FDIC has a statutory right to remove cases in which it is a party from state

court to federal court pursuant to the Financial Institution Reform, Recovery, and Enforcement

Act of 1989 ("FIRREA"), as amended, 12 U.S.C. § 1819 *et seq.*  Specifically, 12 U.S.C. §

1819(b)(2)(B) provides that "the Corporation may, without bond or security, remove any action,

suit or proceeding from a State court to the appropriate United States district court before the end

of the 90-day period beginning on the date the action, suit, or proceeding is filed against the

Corporation or the Corporation is substituted as a party."

6.      The instant Notice of Removal is being brought within the 90-day period from the

date FDIC-Receiver was substituted as a party in the state court action.

7.      Pursuant to 12 U.S.C. § 1819(b)(4), the FDIC is not subject to payment of any

2

filing fees in the United States district courts.

8.      This action is also removable pursuant to 28 U.S.C. § 1441(b) which provides that "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties."  28 U.S.C. § 1441(b).

9.      Any civil suit in which the FDIC, in any capacity, is a party is "deemed to arise under the laws of the United States."  12 U.S.C. § 1819(b)(2)(A);  *see also Mizuna, Ltd. v. Crossland Fed. Sav. Bank*, 90 F.3d 650, 657 (2d Cir. 1996) (holding that any action involving the FDIC as a party, regardless of the nature of the action, is deemed to arise under the laws of the United States).  Therefore, this Court has original jurisdiction of this action.

10.     The FDIC has promptly served notice of the filing of this removal on all parties of record in the state court action, and on the Clerk of the Court of Common Pleas of Montgomery County, pursuant to 28 U.S.C. § 1446(d).

11.     The FDIC has the right to remove any action in which it is a party without obtaining the consent of co-defendants. *Pyle v. Meritor Sav. Bank*, 821 F. Supp. 1072, 1077 (E.D. Pa. 1993) ("Failure to join co-defendants [in removal] will not defeat the FDIC's right to removal under 12 U.S.C. § 1819(b)(2)(B).  It is generally accepted that the specific removal provision for the FDIC does not require the consent of all defendants for removal.")

12.     Venue properly lies with this Court pursuant to 28 U.S.C. § 1441(a) and 1446(a), as this action is presently pending in the Court of Common Pleas of Montgomery County, located within the Eastern District of Pennsylvania.

3

13.     Copies of the remaining pleadings and orders served upon Public Savings Bank

are attached to this Notice of Removal as Exhibit D, as required by 28 U.S.C. § 1446(a).


Dated:  July 13, 2012
        Philadelphia, Pennsylvania

                                        Respectfully submitted,

                                        BROWN STONE NIMEROFF LLC

                                        /s/ Mary Kay Brown
                                        Sarah E. Zuba
                                        Pa.Id.No. 92687
                                        Mary Kay Brown
                                        Pa.Id.No. 54327
                                        Two Commerce Square, Suite 3420
                                        2001 Market Street
                                        Philadelphia, PA 19103
                                        Tel. (267) 861-5330
                                        Fax  (267) 350-9050

                                        *Attorneys for Defendant Federal Deposit Insurance
                                        Corporation as Receiver of Public Savings Bank*

*Of Counsel:*
Lorraine S. Fields, Senior Attorney
Federal Deposit Insurance Corporation
New York Legal Services Office
350 Fifth Avenue – Suite 1200
New York, NY  10118
Tel: (917) 320-2546

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 13, 2012, I caused to be served a true and correct copy of the

foregoing Notice of Removal by First Class U.S. Mail, postage prepaid upon the following:

Robert Saldutti, Esquire
Christopher Kane D'Amore, Esquire
200 Locust Street
Unit 24 E North
Philadelphia, PA 19106
*Attorneys for Plaintiff*

Natalie Klyashtomy, Esquire
Alan Nochumson, Esquire
1500 Walnut Street
20th Floor
Philadelphia, PA 19102
*Attorneys for Defendant Jack Miller*

/s/ Mary Kay Brown
Mary Kay Brown